I disagree with the majority's finding that the appellant's statement was "coerced" by a promise of leniency. The appellant did not make his statement in reliance on the offer of *Page 734 
benefit; he expressly rejected the offer of benefit. Only those statements made in reliance on a promise or offer of favor are involuntary. " '[T]he promise must induce the defendant to waive his Fifth Amendment rights. If defendant did not rely on the promise, he certainly was not induced by it to make a statement.' 1 W. LaFave J. Israel, Criminal Procedure § 6.2(c) at 446 n. 71.1 (1984) (1990 Pocket Part at 75) (quotingState ex rel. Collins v. Superior Court, 145 Ariz. 493,702 P.2d 1338 (1985))." Gilchrist v. State, 585 So.2d 165, 179
(Ala.Cr.App. 1991) (emphasis in original).